United States District Court
Southern District of Texas
**ENTERED**
January 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| BRIAN L. EDWARDS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-060 |
| § | |
| FRED SOLIS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's civil rights lawsuit pursuant to 42 U.S.C. § 1983. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry No. 16 are hereby adopted by this Court.

FURTHER, the Court, having adopted the Magistrate Judge's conclusions, is of the opinion that Plaintiff's § 1983 claims against all Defendants should be **DISMISSED with prejudice** for failure to state a claim and for frivolousness.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED January 13, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge